# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH COOPER,<br><br>   Plaintiff<br><br>v.<br><br>CAESARS ENTERTAINMENT EMPLOYMENT CENTER,<br><br>   Defendant | Case No.: 2:19-cv-02232-APG-DJA<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 11] |

On April 27, 2020, Magistrate Judge Albregts recommended that I dismiss this action without prejudice because plaintiff Joseph Cooper did not file an amended complaint by the April 17, 2019 deadline. ECF No. 11.  Cooper did not file an objection.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Albregts' report and recommendation (**ECF No. 11**) **is accepted** and **this case is DISMISSED without prejudice**.  The clerk of court is instructed to close this case.

DATED this 18th day of May, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE